

FILED

Margaret Botkins
Clerk of Court

9:56 am, 9/3/24

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| WESTERN ENERGY ALLIANCE, INDEPENDENT PETROLEUM ASSOCIATION OF NEW MEXICO, NEW MEXICO OIL & GAS ASSOCIATION, NORTH DAKOTA PETROLEUM COUNCIL, PETROLEUM ASSOCIATION OF WYOMING, AND UTAH PETROLEUM ASSOCIATION<br><br>        Petitioners,<br><br>   vs.<br><br>DEB HAALAND, in her official capacity as Secretary of the Interior; and UNITED STATES BUREAU OF LAND MANAGEMENT,<br><br>        Respondents. | Civil Case No. 1:24-cv-00100-KHR |

### ORDER GRANTING CONSENT MOTION TO EXTEND ADMINISTRATIVE RECORD DEADLINE

THIS MATTER having come before the Court on Respondents' Consent Motion to Extend Administrative Record Deadline.  Having considered the motion, the Court finds that good cause exists for the requested extension and consequently grants the motion.

IT IS HEREBY ORDERED that Respondents shall have until September 16th, 2024 to lodge the administrative record.

DATED this   3rd   day of September 2024.

_____
KELLY H. RANKIN
UNITED STATES DISTRICT JUDGE