TODD KIM
Assistant Attorney General,
Environment & Natural Resources Division
United States Department of Justice
MICHAEL S. SAWYER
Senior Attorney, Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 514-5273
michael.sawyer@usdoj.gov

ERIC HEIMANN
Acting United States Attorney
C. LEVI MARTIN (WY Bar #6-3781)
Civil Chief
P.O. Box 668
Cheyenne, WY 82003-0668
Telephone: 307-772-2124
christopher.martin@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| WESTERN ENERGY ALLIANCE, INDEPENDENT PETROLEUM ASSOCIATION OF NEW MEXICO, NEW MEXICO OIL & GAS ASSOCIATION, NORTH DAKOTA PETROLEUM COUNCIL, PETROLEUM ASSOCIATION OF WYOMING, AND UTAH PETROLEUM ASSOCIATION<br><br>        Petitioners,<br><br>   vs.<br><br>DEB HAALAND, in her official capacity as Secretary of the Interior; and UNITED STATES BUREAU OF LAND MANAGEMENT,<br><br>        Respondents. | Civil Case No. 1:24-cv-00100-KHR |

**RESPONSE TO MOTION TO INTERVENE**

      Respondents respectfully take no position on the Motion to Intervene filed by the Center for Biological Diversity, Citizens for a Healthy Community, Friends of the Earth, Montana

Environmental Information Center, Prairie Hills Audubon Society, Sierra Club, and Western Organization of Resource Councils.  *See* Dkt. 31.

Respectfully submitted this 10th day of October 2024.

    TODD KIM
    Assistant Attorney General
    Environment & Natural Resources Division
    U.S. Department of Justice

    */s/ Michael S. Sawyer*
    MICHAEL S. SAWYER
    Senior Attorney, Natural Resources Section
    Ben Franklin Station, P.O. Box 7611
    Washington, D.C. 20044-7611
    Telephone:   (202) 514-5273
    Fax:              (202) 305-0506
    Email:           michael.sawyer@usdoj.gov

    ERIC HEIMANN
    Acting United States Attorney

    */s/ C. Levi Martin*
    C. LEVI MARTIN (WY Bar #6-3781)
    Civil Chief
    P.O. Box 668
    Cheyenne, WY 82003-0668
    Telephone: 307-772-2124
    christopher.martin@usdoj.gov

    *Counsel for Defendants*