

**FILED**

**3:40 pm, 12/4/24**

**Margaret Botkins**
**Clerk of Court**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| WESTERN ENERGY ALLIANCE, INDEPENDENT PETROLEUM ASSOCIATION OF NEW MEXICO NEW MEXICO OIL & GAS ASSOCIATION, NORTH DAKOTA PETROLEUM COUNCIL, PETROLEUM ASSOCIATION OF WYOMING, and UTAH PETROLEUM ASSOCIATION, <br><br> Petitioners, <br><br> vs. <br><br> DEB HAALAND, in her official capacity as Secretary of the Interior, and UNITED STATES BUREAU OF LAND MANAGEMENT, <br><br> Federal Respondents, <br><br> CENTER FOR BIOLOGICAL DIVERSITY, CITIZENS FOR A HEALTHY COMMUNITY, FRIENDS OF THE EARTH, MONTANA ENVIRONMENTAL INFORMATION CENTER, PRAIRIE HILLS AUDUBON SOCIETY, SIERRA CLUB, and WESTERN ORGANIZATION OF RESOURCE COUNCILS, <br><br> Intervenor-Respondents. | Case No. 2:24-CV-00100-KHR |

**ORDER GRANTING *JOINT MOTION TO EXTEND BRIEFING SCHEDULE AND PAGE LIMITS***

1

This matter is before the Court on the parties' *Joint Motion to Extend Briefing Schedule and Page Limits* ("*Motion*"). ECF No. 39. The basis for the *Motion* is as follows:

> Because Petitioners filed their opening merits brief on November 8, 2024, Dkt. 38, the default briefing schedule established by Local Rule 83.6(c) requires responsive briefs to be filed on December 9 and a reply brief to be filed December 23, 2024. Given the intervening Thanksgiving holiday, Federal Respondents require additional time until December 17, 2024, to file a responsive brief. And Intervenor-Respondents require until January 6, 2025, to avoid duplication of arguments and interruption to winter holidays. Petitioners require until January 31, 2025, to reply to the two responsive briefs and additionally require a modest extension of 3,250 additional words to respond to both briefs. This is the first request by each party to modify these deadlines.

*Id.* at 2.

Having reviewed and considered the *Motion*, the Court finds that good cause exists for the requested extension. Therefore, the parties' *Motion* is **GRANTED**, and accordingly, the Court **ORDERS** as follows:

- Federal Respondents' response brief shall be filed by **December 17, 2024**;
- Intervenor-Respondents' response brief shall be filed by **January 6, 2025**; and
- Petitioners' reply brief shall be filed by **January 31, 2025**.
- Finally, Petitioners' reply brief may be up to but shall not exceed 9,750 words.[1]

Dated this 4th day of December, 2024.

_____
Scott P. Klosterman
United States Magistrate Judge

---

[1] Pursuant to Federal Rule of Appellate Procedure 32(a)(7)(B), a principal brief is acceptable if it contains no more than 13,000 words and a reply brief is acceptable it contains no more than 6,500 words. *See* U.S.D.C.L.R. 83.6(c) ("Unless otherwise ordered by the Court, briefs shall be filed in accordance with Fed. R. App. P. 32(a)(4) through (a)(7).").