Shannon Anderson (Wyo. Bar No. 6-4402)
414 Gladstone St.
Sheridan, WY 82801
(307)763-0995
sranderson720@gmail.com

Allyson Beasley (NM Bar No. 152658)
(*pro hac vice*)
WESTERN ENVIRONMENTAL LAW CENTER
409 E. Palace Ave #2
Santa Fe, NM 87501
(505)570-5565
beasley@westernlaw.org

Melissa Hornbein (MT Bar No. 9694)
(*pro hac vice*)
WESTERN ENVIRONMENTAL LAW CENTER
103 Reeder's Alley
Helena, MT 59601
(406)708-3058
hornbein@westernlaw.org

Morgan O'Grady (NM Bar No. 159184)
(*pro hac vice*)
WESTERN ENVIRONMENTAL LAW CENTER
409 E. Palace Ave #2
Santa Fe, NM 87501
(505)570-5566
ogrady@westernlaw.org

*Counsel for Intervenor-Respondents*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| WESTERN ENERGY ALLIANCE, *et al.*, | ) |
| | ) |
| Petitioners, | ) |
| | ) |
| vs. | ) |
| | ) |
| DEB HAALAND, in her official capacity as Secretary of the Interior, and UNITED STATES BUREAU OF LAND MANAGEMENT, | ) ) ) Case No. 1:24-cv-00100-KHR |
| | ) |
| Federal Respondents, | ) |
| | ) |
| CENTER FOR BIOLOGICAL DIVERSITY, CITIZENS FOR A HEALTHY COMMUNITY, FRIENDS OF THE EARTH, MONTANA ENVIRONMENTAL INFORMATION CENTER, PRAIRIE HILLS AUDUBON SOCIETY, SIERRA CLUB, and WESTERN ORGANIZATION OF RESOURCE COUNCILS, | ) ) ) ) ) ) ) |
| | ) |
| Intervenor-Respondents. | ) |

**INTERVENOR-RESPONDENTS' NOTICE OF WITHDRAWAL OF COUNSEL**

Pursuant to Local Civil Rule 84.3 (c), Intervenor-Respondents Center for Biological Diversity, Citizens for a Healthy Community, Friends of the Earth, Montana Environmental Information Center, Prairie Hills Audubon Society, Sierra Club, and Western Organization of Resources Councils (collectively, "Conservation Groups") hereby notify the Court and counsel of record that Allyson Beasley withdraws as counsel for Conservation Groups in the above-captioned matter. Conservation Groups consent to this withdrawal, and will continue to be represented by attorney Shannon Anderson (Local Counsel) and attorneys Melissa Hornbein and Morgan O'Grady (Pro Hac Vice).

Respectfully submitted this 14th day of January, 2025.

/s/ Shannon Anderson
Shannon Anderson (Wyo. Bar No. 6-4402)
414 Gladstone St.
Sheridan, WY 82801
(307)763-0995
sranderson720@gmail.com

/s/ Allyson Beasley
Allyson Beasley (NM Bar No. 152658)
(*pro hac vice*)
WESTERN ENVIRONMENTAL LAW CENTER
409 E. Palace Ave #2
Santa Fe, NM 87501
(505)570-5565
beasley@westernlaw.org

/s/ Melissa Hornbein
Melissa Hornbein (MT Bar No. 9694)
(*pro hac vice*)
WESTERN ENVIRONMENTAL LAW CENTER
103 Reeder's Alley
Helena, MT 59601
(406)708-3058
hornbein@westernlaw.org

2

<u>/s/ Morgan O'Grady</u>
Morgan O'Grady (NM Bar No. 159184)
(*pro hac vice*)
WESTERN ENVIRONMENTAL LAW CENTER
409 E. Palace Ave #2
Santa Fe, NM 87501
(505)570-5566
ogrady@westernlaw.org

*Counsel for Intervenor-Respondents*

3

**Certificate of Service**

I certify that on January 14, 2025, I electronically filed the foregoing Conservation Groups' Notice of Withdrawal of Counsel with the Clerk of the Court via the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Allyson Beasley*
Attorney for Intervenor-Respondents
