LISA LYNNE RUSSELL
Assistant Attorney General,
Environment & Natural Resources Division
United States Department of Justice
MICHAEL S. SAWYER
Senior Attorney, Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone:     202-514-5273
michael.sawyer@usdoj.gov

STEPHANIE SPRECHER
Acting United States Attorney
C. LEVI MARTIN (WY Bar #6-3781)
Civil Chief
P.O. Box 668
Cheyenne, WY 82003-0668
Telephone: 307-772-2124
christopher.martin@usdoj.gov

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| WESTERN ENERGY ALLIANCE, INDEPENDENT PETROLEUM ASSOCIATION OF NEW MEXICO, NEW MEXICO OIL & GAS ASSOCIATION, NORTH DAKOTA PETROLEUM COUNCIL, PETROLEUM ASSOCIATION OF WYOMING, AND UTAH PETROLEUM ASSOCIATION<br><br>        Petitioners,<br><br>    vs.<br><br>DOUG BURGUM, in his official capacity as Secretary of the Interior; and UNITED STATES BUREAU OF LAND MANAGEMENT,<br><br>        Federal Respondents,<br><br>CENTER FOR BIOLOGICAL DIVERSITY, CITIZENS FOR A HEALTHY COMMUNITY, FRIENDS OF THE EARTH, MONTANA ENVIRONMENTAL INFORMATION CENTER, PRAIRIE HILLS AUDUBON SOCIETY, SIERRA CLUB, and WESTERN ORGANIZATION OF RESOURCE COUNCILS,<br><br>        Intervenor-Respondents, | Civil Case No. 1:24-cv-00100-KHR |

**FEDERAL RESPONDENTS' MOTION TO HOLD CASE IN ABEYANCE**

Federal Respondents—Doug Burgum, in his official capacity as the Secretary of the Interior and the United States Bureau of Land Management (BLM)[1]—respectfully move that the Court hold this case in abeyance, with a status report due from Federal Respondents in sixty days. Petitioners consent to this request; Intervenor-Respondents oppose the request. In support of this motion, Federal Respondents state as follows:

1. This case challenges BLM's final rule Fluid Mineral Leases and Leasing Process, 89 Fed. Reg. 30,916 (Apr. 23, 2024) (Leasing Rule). Petitioners allege that the Leasing Rule unduly burdens the production of federal minerals. *E.g.*, Pets. Op. Br. 34, Dkt. 38.

2. On January 20, 2025, President Donald J. Trump was inaugurated and issued Executive Order 14154, Unleashing American Energy, 90 Fed. Reg. 8353. That Executive Order establishes the policy of the United States "to encourage energy exploration and production on Federal lands," and directs agencies to develop within thirty days action plans to "suspend, revise, or rescind all agency actions" that unduly burden the use of domestic energy resources. 90 Fed. Reg. 8353–54.

3. On February 3, 2025, Secretary Burgum issued Secretarial Order 3418 to implement Executive Order 14154. Section 4(b) of that Secretarial Order directs the Assistant Secretaries to prepare within fifteen days action plans to "suspend, revise or rescind" the Leasing Rule.

4. Executive Order 14154 further directs agencies to notify the Attorney General of their steps to implement the Executive Order, so that the Attorney General may, as

---

[1] Doug Burgum, Secretary of the Interior, has been substituted for Deb Haaland, former Secretary of the Interior, and John Raby has been substituted for Tracy Stone-Manning as Acting BLM Director, pursuant to Fed. R. Civ. P. 25(d).

appropriate, provide notice of the Executive and Secretarial Orders to this Court and "request that such court stay or otherwise delay further litigation, or seek other appropriate relief consistent with this order, pending the completion of administrative actions described in this order." 90 Fed. Reg. 8354.

5. Given the changes in the policy of the United States over the last month, Federal Respondents respectfully request that the Court defer judicial review of this case in the interest of justice and efficiency. "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Air Line Pilots Ass'n v. Miller*, 523 U.S. 866, 879 n.6 (1998) (quoting *Landis v. North Am. Co.*, 299 U.S. 248, 254 (1936)). Premature and unnecessary judicial review "would hardly be sound stewardship of judicial resources." *Am. Petroleum Inst. v. EPA*, 683 F.3d 382, 388 (D.C. Cir. 2012). A stay would also provide new leadership with requisite time to familiarize themselves with the issues presented by the Leasing Rule and to determine how to best implement the current policy of the United States.

For the foregoing reasons, Federal Respondents respectfully request that the Court hold this case in abeyance, with Federal Respondents to file a status report within sixty days. A proposed order is attached hereto.

Submitted respectfully this 20th day of February, 2025,

        LISA LYNNE RUSSELL
        Deputy Assistant Attorney General
        Environment & Natural Resources Division
        United States Department of Justice

        /s/ Michael S. Sawyer
        MICHAEL S. SAWYER
        Senior Attorney, Natural Resources Section
        Ben Franklin Station, P.O. Box 7611
        Washington, D.C. 20044-7611
        Telephone: (202) 514-5273
        Email:       michael.sawyer@usdoj.gov

        STEPHANIE SPRECHER
        Acting United States Attorney
        U.S. Attorney's Office,
        District of Wyoming

        /s/ C. Levi Martin
        C. LEVI MARTIN
        Civil Chief
        P.O. Box 668
        Cheyenee, WY 82003
        Telephone: (307) 772-2970
        Email:       christopher.martin@usdoj.gov

        *Counsel for Federal Respondents*