ADAM GUSTAFSON
Acting Assistant Attorney General,
Environment & Natural Resources Division
United States Department of Justice
MICHAEL S. SAWYER
Senior Attorney, Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: 202-514-5273
michael.sawyer@usdoj.gov

STEPHANIE I. SPRECHER
Acting United States Attorney
C. LEVI MARTIN (WY Bar #6-3781)
Civil Chief
P.O. Box 668
Cheyenne, WY 82003-0668
Telephone: 307-772-2124
christopher.martin@usdoj.gov

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| WESTERN ENERGY ALLIANCE, INDEPENDENT PETROLEUM ASSOCIATION OF NEW MEXICO, NEW MEXICO OIL & GAS ASSOCIATION, NORTH DAKOTA PETROLEUM COUNCIL, PETROLEUM ASSOCIATION OF WYOMING, AND UTAH PETROLEUM ASSOCIATION<br><br>             Petitioners,<br><br>  vs.<br><br>DOUG BURGUM, in his official capacity as Secretary of the Interior; and UNITED STATES BUREAU OF LAND MANAGEMENT,<br><br>             Federal Respondents,<br><br>CENTER FOR BIOLOGICAL DIVERSITY, CITIZENS FOR A HEALTHY COMMUNITY, FRIENDS OF THE EARTH, MONTANA ENVIRONMENTAL INFORMATION CENTER, PRAIRIE HILLS AUDUBON SOCIETY, SIERRA CLUB, and WESTERN ORGANIZATION OF RESOURCE COUNCILS,<br><br>             Intervenor-Respondents, | Civil Case No. 1:24-cv-00100-KHR |

**FEDERAL RESPONDENTS' STATUS REPORT**

Federal Respondents respectfully submit this status report regarding their review of the challenged rule, Fluid Mineral Leases and Leasing Process, 89 Fed. Reg. 30,916 (Apr. 23, 2024) (2024 Leasing Rule), while the case is held in abeyance. *See* Order Granting Mot. to Hold Case in Abeyance 4, Dkt. 53 (granting abeyance to avoid "wast[ing] resources to uphold or vacate the Leasing Rule if it will be later suspended, revised, or rescinded").

As Federal Respondents' Motion to Hold Case in Abeyance explained, President Donald J. Trump issued Executive Order 14154, *Unleashing American Energy*, 90 Fed. Reg. 8353 on January 20, 2025. That Executive Order establishes that it is the policy of the United States to encourage energy exploration and production on Federal lands, and directs agencies to develop action plans to "suspend, revise, or rescind all agency actions" that unduly burden the production and use of domestic energy resources within thirty days of the Executive Order's effective date. 90 Fed. Reg. 8353–54. On February 3, 2025, Secretary Burgum issued Secretary's Order 3418 (SO 3418), which directs his Assistant Secretaries to prepare an action plan within fifteen days of the effective date of SO 3418 with the steps that, as appropriate, will be taken to, among other things, "suspend, revise or rescind" the 2024 Leasing Rule.

The Department of the Interior's review of the 2024 Leasing Rule is ongoing. Based on the action plan required by SO 3418, the Bureau of Land Management (BLM) prepared and submitted additional memoranda that have been reviewed by high-level officials within the Department. BLM has been briefing new agency officials about this case and the 2024 Leasing Rule. A draft proposal to revise the 2024 Leasing Rule is currently under review within the Department of the Interior.

For the foregoing reasons, Federal Respondents respectfully submit that an abeyance remains necessary, and that they will provide another status report in 60 days in compliance with the Court's Order Granting Mot. to Hold Case in Abeyance, Dkt. 53.

Submitted respectfully this 1st day of July, 2025,

        ADAM R.F. GUSTAFSON
        Acting Assistant Attorney General
        Environment & Natural Resources Division
        United States Department of Justice

        <u>/s/ Michael S. Sawyer</u>
        MICHAEL S. SAWYER
        Senior Attorney, Natural Resources Section
        Ben Franklin Station, P.O. Box 7611
        Washington, D.C. 20044-7611
        Telephone: (202) 514-5273
        Email:    michael.sawyer@usdoj.gov

        STEPHANIE I. SPRECHER
        Acting United States Attorney
        U.S. Attorney's Office,
        District of Wyoming

        <u>/s/ C. Levi Martin</u>
        C. LEVI MARTIN
        Civil Chief
        P.O. Box 668
        Cheyenne, WY 82003
        Telephone: (307) 772-2970
        Email:    christopher.martin@usdoj.gov

        *Counsel for Federal Respondents*