ADAM GUSTAFSON
Principal Deputy Assistant Attorney General,
Environment & Natural Resources Division
United States Department of Justice
MICHAEL S. SAWYER
Senior Attorney, Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: 202-514-5273
michael.sawyer@usdoj.gov

DARIN D. SMITH
United States Attorney
C. LEVI MARTIN (WY Bar #6-3781)
Civil Chief
P.O. Box 668
Cheyenne, WY 82003-0668
Telephone: 307-772-2124
christopher.martin@usdoj.gov

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| WESTERN ENERGY ALLIANCE, INDEPENDENT PETROLEUM ASSOCIATION OF NEW MEXICO, NEW MEXICO OIL & GAS ASSOCIATION, NORTH DAKOTA PETROLEUM COUNCIL, PETROLEUM ASSOCIATION OF WYOMING, AND UTAH PETROLEUM ASSOCIATION<br><br>　　　　　Petitioners,<br><br>　　vs.<br><br>DOUG BURGUM, in his official capacity as Secretary of the Interior; and UNITED STATES BUREAU OF LAND MANAGEMENT,<br><br>　　　　　Federal Respondents,<br><br>CENTER FOR BIOLOGICAL DIVERSITY, CITIZENS FOR A HEALTHY COMMUNITY, FRIENDS OF THE EARTH, MONTANA ENVIRONMENTAL INFORMATION CENTER, PRAIRIE HILLS AUDUBON SOCIETY, SIERRA CLUB, and WESTERN ORGANIZATION OF RESOURCE COUNCILS,<br><br>　　　　　Intervenor-Respondents, | Civil Case No. 1:24-cv-00100-KHR |

## FEDERAL RESPONDENTS' STATUS REPORT

Federal Respondents respectfully submit this status report regarding their review of the challenged rule, Fluid Mineral Leases and Leasing Process, 89 Fed. Reg. 30,916 (Apr. 23, 2024) (2024 Leasing Rule), while the case is held in abeyance. *See* Order Granting Mot. to Hold Case in Abeyance 4, Dkt. 53 (granting abeyance to avoid "wast[ing] resources to uphold or vacate the Leasing Rule if it will be later suspended, revised, or rescinded").

As Federal Respondents' Motion to Hold Case in Abeyance explained, President Donald J. Trump issued Executive Order 14154, *Unleashing American Energy*, 90 Fed. Reg. 8353 on January 20, 2025. That Executive Order establishes that it is the policy of the United States to encourage energy exploration and production on Federal lands and directs agencies to develop action plans to "suspend, revise, or rescind all agency actions" that unduly burden the production and use of domestic energy resources within thirty days of the Executive Order's effective date. 90 Fed. Reg. 8353–54. On February 3, 2025, Secretary Burgum issued Secretary's Order 3418 (SO 3418), which directs his Assistant Secretaries to prepare an action plan within fifteen days of the effective date of SO 3418 with the steps that, as appropriate, will be taken to, among other things, "suspend, revise or rescind" the 2024 Leasing Rule.

The Executive Branch is continuing its review of the 2024 Leasing Rule. On November 19, 2025, the Department of the Interior (DOI) submitted a draft proposed rule to the Office of Information and Regulatory Affairs (OIRA) within the Office of Management and Budget under the Executive Office of the President. The Department of the Interior previously received interagency comments on the draft proposed rule. BLM drafted initial responses that were submitted for review by DOI leadership. DOI leadership has reviewed and returned the responses to OIRA. DOI subsequently received another round of interagency comments and has responded to those

comments. Absent further comments during the interagency review process, the draft rule will be submitted to the Federal Register for public comment.

For the foregoing reasons, Federal Respondents respectfully submit that an abeyance remains necessary, and that they will provide another status report in 60 days in compliance with the Court's Order Granting Mot. to Hold Case in Abeyance, Dkt. 53.

Submitted respectfully this 18th day of June, 2026.

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

/s/ Michael S. Sawyer
MICHAEL S. SAWYER
Senior Attorney, Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 514-5273
Email:      michael.sawyer@usdoj.gov

DARIN D. SMITH
United States Attorney
U.S. Attorney's Office,
District of Wyoming

/s/ C. Levi Martin
C. LEVI MARTIN
Civil Chief
P.O. Box 668
Cheyenne, WY 82003
Telephone: (307) 772-2970
Email:      christopher.martin@usdoj.gov

*Counsel for Federal Respondents*